PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Stacey Donnell Easley          Case Number: A-14-CR-117(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: February 5, 2015

Original Offense: Count 2: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846 an d841(a)(1) and (b)(1)(C)

Original Sentence: Sentenced to eighty-four (84) custody in the U.S. Bureau of Prisons to be followed by a three (3) year term of supervised release. Special conditions imposed include participate in mental health treatment, participate in substance abuse treatment, obtain a G.E.D., alcohol abstinence, search and seizure, and pay a $100 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 21, 2020

Assistant U.S. Attorney: Mark H. Marshall          Defense Attorney: Russell David Hunt, Jr.

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Violation Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Noncompliance:** On September 13, 2021, the offender submitted a urine specimen which returned positive for marijuana and cocaine.

Stacey Donnell Easley
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On October 6, 2021, this officer contacted the offender to address the positive drug test. During our conversation, the offender initially denied use; however, subsequently admitted to having smoked a "primo" (marijuana laced with cocaine) cigarette on September 12, 2021, in celebration of his friend's birthday. Easley further admitted to having smoked marijuana again on September 27, and October 5, 2021. He reported he continued to smoke marijuana to cope with his depression after witnessing his friend's murder. The offender expressed remorse for his actions and has requested an opportunity to address his relapse in treatment. The offender has also secured placement at a sober home in hopes of building his sober support network. The offender signed an Admit/Denial choice form admitting to the use of marijuana and cocaine as noted above.

To assist the offender in regaining his sobriety and compliance on supervision, this officer respectfully requests no action be taken, and to allow the offender to participate in substance abuse treatment.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date: October 7, 2021

Approved: _Martha N. Davis_
Martha N. Davis
Supervising U.S. Probation Officer
Date: October 7, 2021

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
U.S. Magistrate Judge
October 8, 2021
Date