PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Stacey Donnell Easley</u>          Case Number: <u>A-14-CR-117(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>February 5, 2015</u>

Original Offense: <u>Count 2: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846 an d841(a)(1) and (b)(1)(C)</u>

Original Sentence: <u>Sentenced to eighty-four (84) custody in the U.S. Bureau of Prisons to be followed with a three (3) year term of supervised release. Special conditions imposed include participate in mental health treatment, participate in substance abuse treatment, obtain a G.E.D., alcohol abstinence, search and seizure, and pay a $100 special assessment.</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>October 21, 2020</u>

Assistant U.S. Attorney: <u> Mark H. Marshall </u>    Defense Attorney: <u>Russell David Hunt, Jr.</u>

### PREVIOUS COURT ACTION

On October 7, 2021, a Report on Offender Under Supervision was submitted to the Court to advise that on September 12, 2021, the offender had tested positive for marijuana and cocaine and had admitted to having used both substances again on September 27, and October 5, 2021. No action was requested to allow the offender an opportunity to address relapse in treatment. On October 8, 2021, the Honorable Susan Hightower concurred with this recommendation.

On November 16, 2021, a Request for Modifying the Conditions or Term of Supervision was submitted to the Court to report on October 6, 15, 25, & 26, 2021, the offender submitted urine specimens which all tested positive for marijuana and cocaine. To address the offender's struggles with sobriety, inpatient treatment and approval of residence was recommended. On November 22, 2021, the Court modified the offender's conditions as recommended.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Nature of Noncompliance:** On April 4, 2022, an arrest warrant was issued charging Easley with Evading Arrest with a Vehicle (3rd Degree Felony) Cause No. D-1-DC-22-300740, Travis County, Texas.

**U.S. Probation Officer Action:** On April 4, 2022, this officer was notified by Detective Burbank of the Austin Police Department that a warrant had been issued charging the offender with the above noted offense. According to Detective Burbank, the offense occurred in July 2021.

On April 20, 2022, this officer contacted the offender to advise him of the outstanding warrant. Easley was encouraged to seek legal counsel for assistance in addressing the warrant. On April 28, 2022, the offender along with his attorney reported to the Travis County Jail to turn himself in. The offender completed a walk thru, posted a $25,000 surety bond and was released this same date. The case remains pending.

The offender successfully discharged from inpatient treatment on March 21, 2022. Since his release, Easley resumed employment and returned to his residence at ACTS Recovery Homes. As the reported state case remains pending and the offender has been compliant with his conditions of supervision, this officer respectfully requests no action be taken. This officer will monitor the case and provide an update and recommendation to the Court once the case has been disposed of.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date: May 4, 2022

Approved:

Martha N. Davis
Supervising U.S. Probation Officer
Date: May 4, 2022

**THE COURT ORDERS:**

[X] No Action
[] Submit a Request for Modifying the Condition or Term of Supervision
[] Submit a Request for Warrant or Summons
[] Other

Honorable Susan Hightower
U.S. Magistrate Judge
May 8, 2022
Date